In the Matter of the Claim of Michael P. Yastrzemski, Appellant. Commissioner of Labor, Respondent.

Submitted January 16, 2007; decided March 22, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.